493 A.2d 1357

**COMMONWEALTH, DEPARTMENT OF PUBLIC WELFARE, petitioner,**

v.

**Irwin L. EISENBERG, D.O.**

Supreme Court of Pennsylvania.

June 10, 1985.

Petition for Allowance of Appeal GRANTED, 37 M.D. Appeal Docket 1985.